IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 0 6 2002

02 AUG -5 PM 3:03
U.S. DISTRICT COURT
FILED-EDS

Betty J. Krasinski,

Plaintiff,

vs.

Civil Action No. **02C 5535**

Continental Casualty Company,

Defendant.

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE GERALDINE SOAT BROWN

**NOTICE OF REMOVAL**

Please take notice that Defendant Continental Casualty Company, hereby removes this action from the LaSalle Circuit Court, to the United States District Court for the Northern District of Illinois, Eastern Division, on the following bases:

1. On or about July 1, 2002, Plaintiff filed her Complaint in the LaSalle County Circuit Court, Case No. 02 L-146, seeking damages, costs and attorney's fees against Continental Casualty Company, under a policy of long-term disability insurance issued and administered by Continental Casualty Company, the same having been issued to Plaintiff's employer.

2. On or about July 19, 2002, Continental Casualty Company was served with the Complaint and Summons.

3. Plaintiff seeks recovery against Defendant of benefits allegedly due under an employee welfare benefit plan as that term is defined by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA").

4. This Court has original jurisdiction over the within matter through federal question jurisdiction, pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e)(1).

5. Defendant attaches hereto a copy of Plaintiff's Complaint and all other documents served upon it in the above-entitled action in the state court.

6. This Notice of Removal is filed within thirty (30) days of defendant receiving the initial pleading setting forth the claim of relief upon which the proceeding is based.

7. Defendant has given notice of this removal to the LaSalle County Circuit Court, and a copy of said notice is attached.

8. Accordingly, this action is hereby removed to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

Philip F. Brown (90785016)
Michael E. Heffernan (90785004)
Brenner, Brown, Golian &
McCaffrey Co., LPA
1654 E. Broad Street
Columbus, Ohio 43203
(614) 258-6000
(614) 258-6006 fax
Counsel for Defendant

and

Robert J. Golden
Dowd & Dowd, Ltd.
55 W. Wacker Drive, Ste. 1000
Chicago, Illinois
312/704-4400
Local Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Removal has been served upon the following by ordinary U.S. Mail, postage prepaid, this 5th day of August, 2002.

Robert J. Golden

Michael J. Perona, Esq.
Perona Law Offices
4110 Progress Blvd.
Peru, Illinois 61354
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
AUG 0 6 2002

FILED-ED4
02 AUG -5 PM 3:02
U.S. DISTRICT COURT

Betty J. Krasinski, Plaintiff,

vs.

Continental Casualty Company, Defendant.

Civil Action No. 02C 5535

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE GERALDINE SOAT BROWN

NOTICE OF FILING

TO: Michael J. Perona
Perona Law Offices
4110 Progress Boulevard
Peru, IL 61354

Please take notice that I caused to be filed with the Clerk of United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building 219 South Dearborn, Chicago, IL, on August 5, 2002, the attached Defendant's Notice of Removal to Federal Court, Notice of Removal, Civil Cover Sheet and Appearance, copies of which are attached hereto and is herewith served upon you.

DOWD & DOWD, LTD.

By: [signature]
Attorneys for Defendant,
Continental Casualty Company

1

**PROOF OF SERVICE**

I, a non-attorney, served this Notice by mailing a copy to the above-listed party at the above-listed address and depositing the same in the U.S. Mail and Certified Mail at 55 West Wacker Drive, Chicago, Illinois 60601 at 5:00 p.m., on August 5, 2002, with proper postage prepaid.

SUBSCRIBED and SWORN to before me
this 5th day of August, 2002.

NOTARY PUBLIC

OFFICIAL SEAL
JENNIFER HYLAND
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-28-06

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

DOCKETED
AUG 0 6 2002

FILED-ED4
02 AUG -5 PM 4:02
U.S. DISTRICT COURT

**I. (a) PLAINTIFFS**

Betty J. Krasinski

**DEFENDANTS**

Continental Casualty Company

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF LaSalle
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Michael J. Perona
Perona Law Offices
4110 Progress Blvd.
Peru, IL 61354 815/224-4102

ATTORNEYS (IF KNOWN)
Philip F. Brown
Brenner, Brown, Golian & McCaffrey
1654 E. Broad St.
Columbus, OH 43203 614/258-6000

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

02C 5535

JUDGE JOAN H. LEFKOW
MAGISTRATE JUDGE GERALDINE SOAT BROWN

**IV. NATURE OF SUIT** *(PLACE AN "X" IN ONE BOX ONLY)*

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury — Med. Malpractice
☐ 365 Personal Injury — Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
HABEAS CORPUS:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☒ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

**V. ORIGIN** *(PLACE AN "X" IN ONE BOX ONLY)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Plaintiff seeks the recovery of benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1001, et seq. ("ERISA").

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions): **IF ANY** JUDGE ______ DOCKET NUMBER ______

DATE August 1, 2002

SIGNATURE OF ATTORNEY OF RECORD [signature]

2

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

# UNITED STATES DISTRICT COURT
# N[illegible]THERN DISTRICT OF ILLIN[illegible]S

In the Matter of

Betty J. Krasinski v. Continental Casualty Company

DOCKETED
AUG 0 6 2002

Case Number: 02C 5535

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Defendant, Continental Casualty Company

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE GERALDINE SOAT BROWN

| (A) | | | | (B) | | | |
|---|---|---|---|---|---|---|---|
| SIGNATURE: [signature] | | | | SIGNATURE: [signature] | | | |
| NAME: Philip F. Brown | | | | NAME: Michael E. Heffernan | | | |
| FIRM: Brenner, Brown, Golian & McCaffrey | | | | FIRM: Brenner, Brown, Golian & McCaffrey | | | |
| STREET ADDRESS: 1654 E. Broad Street | | | | STREET ADDRESS: 1654 E. Broad Street | | | |
| CITY/STATE/ZIP: Columbus, Ohio 43203 | | | | CITY/STATE/ZIP: Columbus, Ohio 43203 | | | |
| TELEPHONE NUMBER: 614/258-6000 | | | | TELEPHONE NUMBER: 614/258-6000 | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 90785016 | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 90785004 | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☒ | | MEMBER OF TRIAL BAR? | YES ☐ | NO ☒ | |
| TRIAL ATTORNEY? | YES ☒ | NO ☐ | | TRIAL ATTORNEY? | YES ☒ | NO ☐ | |
| | | | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | |

| (C) | | | | (D) | | | |
|---|---|---|---|---|---|---|---|
| SIGNATURE: [signature] | | | | SIGNATURE: | | | |
| NAME: Robert J. Golden | | | | NAME: | | | |
| FIRM: Dowd & Dowd, Ltd. | | | | FIRM: | | | |
| STREET ADDRESS: 55 W. Wacker Drive, Ste. 1000 | | | | STREET ADDRESS: | | | |
| CITY/STATE/ZIP: Chicago, Illinois 60601 | | | | CITY/STATE/ZIP: | | | |
| TELEPHONE NUMBER: 312/704-4400 | | | | TELEPHONE NUMBER: | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6193047 | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | | | |
| MEMBER OF TRIAL BAR? | YES ☒ | NO ☐ | | MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | |
| TRIAL ATTORNEY? | YES ☐ | NO ☒ | | TRIAL ATTORNEY? | YES ☐ | NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | |

FILED-ED4
02 AUG -5 PM 3:02
U.S. DISTRICT COURT

1-2