IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
OCT - 4 2002

CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, et al )
Plaintiff )
vs. )
PANIAGUA GROUP, INC. )
Defendant )

No. 02 C 5536

Judge Lindberg

Magistrate Judge Mason

## AFFIDAVIT OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says as follows:

1. That he is an adult over twenty-one years of age.
2. That he is a citizen of the United States of America.
3. That he is not a party to the above captioned matter.
4. That he served a Summons and Complaint upon Paniagua Group, Inc. by service upon Registered Agent, Alfred Paniagua, M/W 48 yoa, at 12 Piper, Hawthorn Woods, IL on September 14, 2002 at 2:45 p.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Julius J. Ceretto

Julius J. Ceretto

FILED

OCT 0 3 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, AND DEFERRED SAVINGS PLAN TRUST FUNDS

Plaintiffs,

V.

PANIAGUA GROUP, INC., AN ILLINOIS CORPORATION INVOLUNTARILY DISSOLVED

Defendant.

CASE NUMBER: 02C 5536

ASSIGNED JUDGE: JUDGE LINDBERG

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MA

TO: (Name and address of Defendant)

PANIAGUA GROUP, INC.
C/O ITS REGISTERED AGENT, ALFRED PANIAGUA
ON310 MORNINGSIDE AVENUE
WEST CHICAGO, IL 60185

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable pe of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

AUG 0 5 2002

DATE